F I L E D
Clerk
District Court

MAR 27 2026

for the Northern Mariana Islands
By_____
(Deputy Clerk)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS**

SHINYA MIYAMOTO and MASAYO MIYAMOTO,

      Plaintiffs,

     v.

KRISTI NOEM, DEPARTMENT OF HOMELAND SECURITY, RODNEY S. SCOTT, JOSEPH N. MAZZARA, JOSEPH B. EDLOW, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, DAVID GULICK, and FERDINAND MALLARI,

      Defendants.

Case No. 1:26-cv-00004

**ORDER DENYNG PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE**

Plaintiffs Shinya Miyamoto and Masayo Miyamoto ("Plaintiffs") bring this civil action for declaratory and injunctive relief based on the federal government's refusal to issue valid proof of lawful permanent resident status in the form of I-551 (ADIT) stamps. (Compl. 1, ECF No. 1.) Currently before the Court is Plaintiffs' motion for a temporary restraining order and preliminary injunction (Mot., ECF No. 2), supported by six exhibits (ECF Nos. 2-1–2-6) filed on March 18, 2026.

Fed. R. Civ. P. 65(b) prohibits the entry of a temporary restraining order without written or oral notice to the adverse party absent a certification in writing by the movant's attorney of "any efforts made to give notice and the reasons why it should not be required." Similarly, pursuant to Fed. R. Civ P. 65(a), the court may not issue a preliminary injunction unless notice is provided to the adverse party or its attorney.

Plaintiffs' motion for a temporary restraining order and preliminary injunction does not include either a declaration setting forth that Plaintiffs have provided the Defendants the notice or a showing

1

of why such notice should not be required. Furthermore, proof of service on any of the Defendants has not been filed in this case. Accordingly, Plaintiffs' motion for a temporary restraining order and preliminary injunction is DENIED without prejudice. Plaintiffs may cure the deficiencies noted above and refile their motion.

IT IS SO ORDERED this 27th day of March, 2026.

_____
RAMONA V. MANGLONA
Chief Judge